**FRENKEL, HERSHKOWITZ & SHAFRAN LLP**

ATTORNEYS AT LAW

16 EAST 34TH STREET

NEW YORK, NEW YORK 10016-4328

(212) 679-4666

TELECOPIER: (212) 889-5072

August 28, 2007

**VIA FEDERAL EXPRESS**

United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

**ADJOURNMENT REQUEST FOR INITIAL SCHEDULING CONFERENCE**

Attn:   Hon. Richard J. Holwell

Re:    **Banasheh Yazehmidi v. Alberto Gonzalez, Et. Al,**
       **Docket No. 2007 Civ. 06135**

Dear Judge Holwell:

The above referenced matter is currently scheduled for Initial Scheduling Conference on September 14, 2007 at 10:00 a.m. Please note, however, that said date falls on the Jewish holiday of Rosh Hashana and our office will be closed. We therefore respectfully request that said hearing be adjourned and rescheduled. This is our first request for adjournment. Mr. John Clopper of U.S. Attorney's Office consents to our request and a mutually acceptable date for both parties has been chosen - September 17, 2007 at ~~1:00~~ p.m.  2:00 p.m.

Thanking you in advance,

I remain,

~~Very truly yours,~~

FRENKEL, HERSHKOWITZ & SHAFRAN LLP

By:   David Barnett
enc.
DAB/mk

cc:   John Clopper, Esq.
      U.S. Attorney's Office

SO ORDERED

[signature]
USDJ
9/6/07