UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT

| | |
|---|---|
| BANASHEH YAZEHMIDI, </br></br>　　　　　　Plaintiff, </br></br> v. </br></br> Alberto Gonzalez, </br> Attorney General of the United States, </br> Et. Al, </br>　　　　　　Defendant. | Docket No.   2007 Civ. 06135 </br></br> Immigration File No.: A78-167-740 </br></br> MOTION </br> TO WITHDRAW </br> COMPLAINT FOR MANDAMUS |

TO THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT:

Pursuant to Rule 41 of Federal Rules of Civil Procedures, David A. Barnett, Esq., the undersigned attorney for Plaintiff, Banasheh Yazehmidi, hereby moves this Court to withdraw the Complaint for Mandamus in the above referenced matter without prejudice.

Dated: September 6, 2007

Respectfully submitted,

David A. Barnett, Esq.
Frenkel, Hershkowitz & Shafran LLP
16 East 34th Street
New York, NY 10016
Telephone: (212) 679-4666
Facsimile: (212) 889-5072
Attorneys for Petitioner

SO ORDERED

USDJ
9/12/07



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07